IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CLARENCE RASHAAD ADAMS, #275904, :

    Plaintiff, :

vs. : CIVIL ACTION 18-0139-JB-M

TERRY RAYBON, *et al.*, :

    Defendants. :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

DONE this 9th day of November, 2018.

                                  s/JEFFREY U. BEAVERSTOCK
                                  UNITED STATES DISTRICT JUDGE